I've known Natashia Bowman for four years. At the time we met we both suffered a great loss of a mutual friend, my cousin Earl Thomas, and her niece's father. It was a difficult time for both of us. In our grieving she explained her past. We became closer.

Within that time she has done more for other people than herself. That's just the kind of person she is, always ready to help someone in need. I admire that about her. I have always told her she has good qualities and that she should use them for herself.

When we first met I was staying with my mother and things were not good for me. living there I would walk to work from Randolph to Braintree every morning. She recognized my struggle and inspired me to start driving. I am working towards getting my license now, she helps me practice every day.

We eventually moved in together in 2020. I met Her lovely son Matthew, MJ. He is very mature for his age. He has the mentality of a 12 year old and he is only eight. His favorite colors are pink and red. I know all of these things because I've been a positive role model for him. That's the type of person she brings out of me. She always accepts who I am and shows me there is more in life for me.

Her past has been rough and her choices were terrible. She is a woman and should have never been forced into that situation. I have encouraged her to make her own choices and move past her faults. She always tells me there is more she wants to do. Natashia really wants to continue her education with the prospects of using her past to help people. Every opportunity she gets excites her, and she is looking forward to "Believe In Success". It was difficult for her to find help. I believe she is finding her way in the right direction.

Thank you, Carl Berry